UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 11-cv-60020-WJZ

S & S DIESEL MARINE SERVICES, INC.,

    Plaintiff/Counter-Defendant,

v.

M/V "F-TROOP" that certain 1991, 53 foot Viking Motor Vessel, bearing Hull Identification Number VKY53135B191, including her engines, tackle, apparel, and appurtenances, *in rem*; and, PAUL FLEISCHER, *in personam*,

    Defendants/Counter-Plaintiff.
_____/

## MOTION FOR POST-ARREST SHOW CAUSE HEARING

COMES NOW, Claimant Owner Paul Fleisher ("Fleisher"), by and through his undersigned counsel, and files this Motion for a Post-Arrest Show Cause Hearing pursuant to Supplemental Admiralty Rule E(4)(f), E(5) and Local Admiralty Rule 3(g), and further states as follows:

1. Paul Fleisher as Claimant Owner of the *M/V F-Troop* respectfully requests this Honorable Court set a show cause hearing pursuant to Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule 3(g).

2. Supplemental Admiralty Rule E(4)(f) expressly states as follows:

> Procedure for Release from Arrest or Attachment. Whenever property is arrested or attached, any person claiming an interest in it shall be entitled to a prompt hearing in which the **plaintiff shall be required to show why the arrest or attachment should not be vacated** other relief granted consistent with these rules. (emphasis added).

3. The E(4)(f) hearing is requested on a prompt basis as provided for in Supplemental Rule E(4)(f) as substantial custodial fees are being incurred. Accordingly, it is requested that the hearing be scheduled on or before April 25, 2011, if possible.

4. A bond hearing pursuant to Supplemental Admiralty Rule E(5) is also requested to immediately follow the E(4)(f) hearing to establish the amount of security required to release the vessel from arrest in the event the Court does not vacate the arrest.

**CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1.A.3**

The undersigned certifies that he has communicated with counsel for the other party hereto and he is in opposition to the hearings requested.

WHEREFORE, for the above reasons, Claimant Owner Paul Fleisher respectfully requests this Honorable Court to promptly schedule an E(4)(f) post-arrest show cause hearing and/or bond hearing with respect to the *M/V F-Troop*.

DATED: April 15, 2011.

Respectfully submitted,

STROUP & MARTIN, P.A.
Attorneys for Defendants/Counter-Plaintiff
119 SE 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 462-8808
Facsimile: (954) 462-0278
E-mail: jstroup@strouplaw.com

By: /s/ James W. Stroup
JAMES W. STROUP
Florida Bar No.: 0842117

3

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing has been electronically filed with this Court's EC/CMF docketing system, on this 15th day of April, 2011. We further certify that a copy of the foregoing document is being delivered this same date via CM/ECF to: William E. Stacey, Esq., William Stacey P.A., Attorney for Plaintiff/Counter-Defendant, P.O. Box 460053, Fort Lauderdale, Florida, 33346.

By: /s/ James W. Stroup
JAMES W. STROUP
Florida Bar No.: 0842117