# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### IN ADMIRALTY

### Case No. 11-60020-CIV-ZLOCH/ROSENBAUM

S & S DIESEL MARINE SERVS., INC.,

      Plaintiff/Counter-Defendant,

v.

*M/V F-TROOP*, that certain 1991 53-foot
Viking motor vessel, bearing hull
identification number VKY53135B191, and
PAUL FLEISHER,

      Defendants/Counter-Claimant.

_____/

### ORDER

      This matter is before the Court upon Plaintiff's Notice That It Will Post Countersecurity [D.E. 57].  Upon review of Plaintiff's Notice, the Court finds that the request for a ten-day period for Plaintiff to post the countersecurity is a reasonable one and therefore **GRANTS** Plaintiff's request.  Plaintiff shall have until **4:30 p.m. on Friday, June 3, 2011,** to post the countersecurity of $53,420.00 with the Court.  As a result of Plaintiff's election to post the countersecurity, in accordance with the Court's May 18th Order [D.E. 55], should Defendant wish to secure the release of the *F-Troop*, he shall post a bond of $53,420.00.

      **DONE AND ORDERED** this 20th day of May 2011.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
        Counsel of Record